**Philip A. NIBLOCK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75079.**

Missouri Court of Appeals, Western District.

Aug. 13, 2013.

Susan L. Hogan, Kansas City, MO, for appellant.

Andrew C. Hooper, Jefferson City, MO, for respondent.

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**ORDER**

PER CURIAM.

Philip Niblock appeals the judgment denying his Rule 29.15 motion, after he was convicted of first-degree tampering. Niblock contends the motion court clearly erred in denying post-conviction relief because his defense counsel was ineffective for failing to call two potential alibi witnesses and failing to fully cross-examine the victim and impeach her testimony. For reasons explained in a Memorandum

provided to the parties, we find no error and affirm the motion court's judgment.

AFFIRMED. Rule 84.16(b).